# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ROBIN A. HASSETT, | CASE NO. 10cv2092-LAB (BLM) |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Magistrate Judge Major issued a Report and Recommendation in this case recommending that Plaintiff's motion for summary judgment be granted and Defendant's motion for summary judgment be denied. The Defendant filed no objection to the R&R, which the Court construes as consent to its adoption. *See Thomas v. Arn*, 474 U.S. 140–50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). The Court has reviewed the R&R and finds that it thoroughly and correctly considered the issues presented. It adopts the conclusion that "the case be **REMANDED** for consideration of whether Plaintiff's impairments prevent her from making an adjustment to any other work." (R&R at 9.) Plaintiff's motion for summary

//

//

judgment is therefore **GRANTED**, and Defendant's motion for summary judgment is **DENIED**.

**IT IS SO ORDERED**.

DATED: November 9, 2011

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge