# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN A. HASSETT,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. 10cv2092-LAB (BLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Magistrate Judge Major issued a Report and Recommendation in this case recommending that Plaintiff's motion for summary judgment be granted and Defendant's motion for summary judgment be denied. The Defendant filed no objection to the R&R, which the Court construes as consent to its adoption. *See Thomas v. Arn*, 474 U.S. 140–50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). The Court has reviewed the R&R and finds that it thoroughly and correctly considered the issues presented. It adopts the conclusion that "the case be **REMANDED** for consideration of whether Plaintiff's impairments prevent her from making an adjustment to any other work." (R&R at 9.) Plaintiff's motion for summary

//

//

judgment is therefore **GRANTED**, and Defendant's motion for summary judgment is **DENIED**.

     **IT IS SO ORDERED**.

DATED: November 9, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge